IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

                Plaintiff,

   v.

                                         Case No. 20-cv-656-jdp

SCOTT SCHIMD, APEX INVESTMENT GROUP VII,
LLC and APEX PROPERTY MANAGEMENT,

                Defendants.

---

JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

   /s/                                                7/20/20

Peter Oppeneer                                   Date
Clerk of Court